# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| In re: | § | |
|---|---|---|
| | § | |
| JOHNSON, JOHN D | § | Case No. 09-75324 |
| JOHNSON, JANELL D | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was             and the deadline for filing governmental claims was            . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $         , for a total compensation of $         $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $       , for total expenses of $        $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____         By:/s/DANIEL M. DONAHUE_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: 09-75324 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: JOHNSON, JOHN D | Date Filed (f) or Converted (c): | 11/30/09 (f) |
| JOHNSON, JANELL D | 341(a) Meeting Date: | 01/07/10 |
| For Period Ending: 03/12/14 | Claims Bar Date: | 12/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9515 Turnberry Trail, Lakewood, IL 60014 | 460,000.00 | 0.00 | | 0.00 | FA |
| 2. Warehouse, 32 Railroad Street, Crystal Lake, IL 60 | 300,000.00 | 200,000.00 | | 200,000.00 | FA |
| 3. Cabin near Lake Superior, 2 Harbors, Minnesota | 75,000.00 | 56,700.00 | | 56,700.00 | FA |
| 4. Location: 9515 Turnberry Trail, Lakewood IL | 100.00 | 0.00 | | 0.00 | FA |
| 5. Wachovia Checking Account #: xxxxxxxxx4313 | 500.00 | 0.00 | | 0.00 | FA |
| 6. Location: 9515 Turnberry Trail, Lakewood IL | 900.00 | 0.00 | | 0.00 | FA |
| 7. Location: 9515 Turnberry Trail, Lakewood IL | 900.00 | 0.00 | | 0.00 | FA |
| 8. Wedding rings, Location: 9515 Turnberry Trail, Lak | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Johnson Logistics, Inc. 149 N. Virginia Street, Un | 0.00 | 0.00 | | 0.00 | FA |
| 10. Petals & Co., 100% ownership Location: 9515 Turnbe | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Dodge Durango, 147,000 miles, fair condition | 5,985.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Dodge Caravan Location: 9515 Turnberry Trail, | 2,125.00 | 0.00 | | 0.00 | FA |
| 13. 2006 Subaru WRX - Salvage title history, cannot re | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. 1930 Model A Ford, stored in North Dakota. | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.53 | | 0.53 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $854,010.00     $256,700.53     $256,700.53     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be

Initial Projected Date of Final Report (TFR): 12/01/13     Current Projected Date of Final Report (TFR): 03/01/14

LFORM1     UST Form 101-7-TFR (5/1/2011) *(Page: 3)*     Ver: 17.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 09-75324 -MLB |
| Case Name: | JOHNSON, JOHN D |
| | JOHNSON, JANELL D |
| Taxpayer ID No: | *******0357 |
| For Period Ending: | 03/12/14 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******3794  MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/11 | 2 | CHICAGO TITLE AND TRUST COMPANY | SALE PROCEEDS: REAL PROP | | 10,000.00 | | 10,000.00 |
| | | B & P RAILROAD | Memo Amount: 200,000.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | BAIRD & WARNER/PRUDENTIAL FIRST | Memo Amount: ( 10,000.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| | | MCHENRY COUNTY CLERK | Memo Amount: ( 7,014.53 ) | 2820-000 | | | |
| | | | 2008 & 2009 REAL ESTATE TAXES | | | | |
| | | MCHENRY COUNTY CLERK | Memo Amount: ( 4,099.42 ) | 2820-000 | | | |
| | | | 2010 REAL ESTATE TAXES | | | | |
| | | LUCO CONSTRUCTION CO. | Memo Amount: ( 300.00 ) | 2500-000 | | | |
| | | | SURVEY COSTS | | | | |
| | | ALTHOFF INDUSTRIES | Memo Amount: ( 1,221.35 ) | 2500-000 | | | |
| | | | PLUMBING | | | | |
| | | BAIRD & WARNER | Memo Amount: ( 190.00 ) | 2500-000 | | | |
| | | | REIMBURSEMENT FOR PAYMENT | | | | |
| | | CHICAGO TITLE INSURANE COMPANY | Memo Amount: ( 2,947.00 ) | 2500-000 | | | |
| | | | MISCELLANEOUS EXPENSES | | | | |
| | | 2011 REAL ESTATE TAX PRORATION | Memo Amount: ( 2,106.00 ) | 2820-000 | | | |
| | | | REAL ESTATE TAXES | | | | |
| | | HARRIS BANK | Memo Amount: ( 162,121.70 ) | 4110-000 | | | |
| | | | MORTGAGE PAYOFF | | | | |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 10,000.07 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,000.16 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.24 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.32 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,987.58 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,987.66 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,975.35 |

Page Subtotals        10,000.40        25.05

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-75324 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | | Bank Name: | Bank of America, NA |
| | JOHNSON, JANELL D | | Account Number / CD #: | *******3794  MONEY MARKET |
| Taxpayer ID No: | *******0357 | | | |
| For Period Ending: | 03/12/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/11 | 001000 | Doug McCorison<br>Lake Construction<br>c/o Odyssey Real Esttae<br>605 7th Ave.<br>Two Harbors, MN  55616 | WINTERIZING -<br>1809 Highway 61, Two Harbors, MN | 2420-000 | | 350.00 | 9,625.35 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,625.43 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.94 | 9,613.49 |
| 01/19/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 9,613.54 |
| 01/19/12 | | Transfer to Acct #*******3697 | Bank Funds Transfer | 9999-000 | | 9,613.54 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | | 10,000.53 | 10,000.53 | 0.00 |
| Memo Allocation Disbursements: | 190,000.00 | Less: Bank Transfers/CD's | | 0.00 | 9,613.54 | |
| | | Subtotal | | 10,000.53 | 386.99 | |
| Memo Allocation Net: | 10,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 10,000.53 | 386.99 | |

Page Subtotals     0.13     9,975.48

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-75324 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | | Bank Name: | CONGRESSIONAL BANK |
| | JOHNSON, JANELL D | | Account Number / CD #: | *******3697 GENERAL CHECKING |
| Taxpayer ID No: | *******0357 | | | |
| For Period Ending: | 03/12/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3794 | Bank Funds Transfer | 9999-000 | 9,613.54 | | 9,613.54 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND - BOND #016018067 | 2300-000 | | 7.75 | 9,605.79 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 07/25/12 | 000101 | LAKE CONSTRUCTION | LANDSCAPING SERVICES | 2990-000 | | 125.00 | 9,480.79 |
| | | 139 HOWARD GNESEN RD. | | | | | |
| | | DULUTH, MN 55811 | | | | | |
| 03/19/13 | 3 | CONSOLIDATED TITLE AND ABSTRACT CO. | SALE PROCEEDS: REAL PROP | | 43,018.83 | | 52,499.62 |
| | | 332 W. Superior St. | | | | | |
| | | 100 Providence Building | | | | | |
| | | Duluth, MN 55802 | | | | | |
| | | EVAN O. MICKELSON | Memo Amount: 56,700.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | | Memo Amount: ( 1,700.00 ) | 2500-000 | | | |
| | | | Seller's Closing Costs | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount: ( 4,723.25 ) | 2820-000 | | | |
| | | | 2009-2012 Real Estate Taxes | | | | |
| | | | Memo Amount: ( 116.54 ) | 2820-000 | | | |
| | | | 2013 Prorated real estate taxes | | | | |
| | | CONSOLIDATED TITLE | Memo Amount: ( 15.00 ) | 2500-000 | | | |
| | | | Courier Fee | | | | |
| | | STATE OF MN | Memo Amount: ( 187.11 ) | 2820-000 | | | |
| | | | Revenue Stamps - State tax | | | | |
| | | LAKE COUNTY RECORDER | Memo Amount: ( 46.00 ) | 2500-000 | | | |
| | | | Recording Fee - BK Order | | | | |
| | | YANCY STARK | Memo Amount: ( 300.00 ) | 2500-000 | | | |
| | | | Dewintering | | | | |
| | | ODYSSEY DEVELOPMENT | Memo Amount: ( 343.27 ) | 2500-000 | | | |

Page Subtotals 52,632.37 132.75

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 09-75324 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | JOHNSON, JOHN D | | Bank Name: | CONGRESSIONAL BANK |
| | JOHNSON, JANELL D | | Account Number / CD #: | *******3697  GENERAL CHECKING |
| Taxpayer ID No: | *******0357 | | | |
| For Period Ending: | 03/12/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LLAKE CONSTRUCTION | Fuel refilling & snow plowing<br>Memo Amount:    (      2,650.00 ) | 2500-000 | | | |
| | | JK RECOVERY | Plumbing<br>Memo Amount:    (        300.00 ) | 2500-000 | | | |
| | | ODYSSEY DEVELOPMENT & | Misc. services - cleaning, etc.<br>Memo Amount:    (      3,300.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| 04/08/13 | | CONGRESSIONAL BANK | BANKSERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 52,489.62 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 27.74 | 52,461.88 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 53.92 | 52,407.96 |
| 06/04/13 | 000102 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 43.28 | 52,364.68 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 55.65 | 52,309.03 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 53.76 | 52,255.27 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 55.48 | 52,199.79 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (August, 2013) | 2600-000 | | 55.42 | 52,144.37 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 53.59 | 52,090.78 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 55.31 | 52,035.47 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 53.47 | 51,982.00 |
| 12/09/13 | 000103 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - FIRST FEE APPL | 3110-000 | | 14,009.50 | 37,972.50 |
| 12/09/13 | 000104 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES - 1ST FEE APPL | 3120-000 | | 566.16 | 37,406.34 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK RECEIPTS FEE - December, 2013 | 2600-000 | | 44.71 | 37,361.63 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 39.68 | 37,321.95 |
| 02/19/14 | 000105 | WIPFLI, LLP<br>POB 3160<br>MILWAUKEE, WI 53201-3160 | ACCOUNTING FEES<br>Invoice 779888 | 3410-000 | | 2,920.00 | 34,401.95 |

Page Subtotals          0.00        18,097.67

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                                                                          Ver: 17.05

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-75324 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | JOHNSON, JOHN D | | Bank Name: | CONGRESSIONAL BANK |
| | JOHNSON, JANELL D | | Account Number / CD #: | *******3697 GENERAL CHECKING |
| Taxpayer ID No: | *******0357 | | | |
| For Period Ending: | 03/12/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 56,700.00 | COLUMN TOTALS | 52,632.37 | 18,230.42 | 34,401.95 |
| Memo Allocation Disbursements: | 13,681.17 | Less: Bank Transfers/CD's | 9,613.54 | 0.00 | |
| | | Subtotal | 43,018.83 | 18,230.42 | |
| Memo Allocation Net: | 43,018.83 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 43,018.83 | 18,230.42 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 256,700.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 203,681.17 | MONEY MARKET - ********3794 | 10,000.53 | 386.99 | 0.00 |
| | | GENERAL CHECKING - ********3697 | 43,018.83 | 18,230.42 | 34,401.95 |
| Total Memo Allocation Net: | 53,018.83 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 53,019.36 | 18,617.41 | 34,401.95 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 13, 2014 |
|---|---|---|---|---|---|---|

Case Number:  09-75324  
Debtor Name:  JOHNSON, JOHN D  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $6,585.03 | $6,585.03 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $7.75 | $7.75 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $43.28 | $43.28 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $16,192.00 | $16,192.00 | $16,192.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $748.73 | $748.73 | $748.73 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $10,057.62 | $10,057.62 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $7,704.39 | $7,704.39 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $24,711.05 | $24,711.05 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $22,775.38 | $22,775.38 |
| 000005<br>070<br>7100-00 | Advanta Bank Corp. in receivership of FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $17,986.57 | $17,986.57 |
| 000006<br>070<br>7100-00 | Advanta Bank Corp. in receivership of FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $10,118.81 | $10,118.81 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 13, 2014 |
|---|---|---|---|---|---|---|

Case Number:  09-75324  
Debtor Name:  JOHNSON, JOHN D

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $15,767.67 | $15,767.67 |
| 000008<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $10,597.02 | $10,597.02 |
| 000009<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $8,891.24 | $8,891.24 |
| 000010<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $8,807.78 | $8,807.78 |
| 000011<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $14,723.76 | $14,723.76 |
| 000012<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $3,982.51 | $3,982.51 |
| 000013<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $38,497.44 | $38,497.44 |
| 000014<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $5,863.18 | $5,863.18 |
| 000015<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $507.05 | $507.05 |
| | Case Totals: | | | $16,940.73 | $224,568.26 | $224,568.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-75324
Case Name: JOHNSON, JOHN D
　　　　　　JOHNSON, JANELL D
Trustee Name: DANIEL M. DONAHUE

　　　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

　　　Total to be paid for chapter 7 administrative expenses　　　$＿＿＿＿＿＿＿＿
　　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$＿＿＿＿＿＿＿＿

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　　must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | Advanta Bank Corp. in receivership of | $ | $ | $ |
| 000006 | Advanta Bank Corp. in receivership of | $ | $ | $ |
| 000007 | Chase Bank USA NA | $ | $ | $ |
| 000008 | Chase Bank USA NA | $ | $ | $ |
| 000009 | Chase Bank USA NA | $ | $ | $ |
| 000010 | Chase Bank USA NA | $ | $ | $ |
| 000011 | Chase Bank USA NA | $ | $ | $ |
| 000012 | Chase Bank USA NA | $ | $ | $ |
| 000013 | American Express Bank, FSB | $ | $ | $ |
| 000014 | American Express Bank, FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | American Express Centurion Bank | $ | $ | $ |

    Total to be paid to timely general unsecured creditors     $_____

    Remaining Balance     $_____

    Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE