UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § § | |
| JOHNSON, JOHN D § | Case No. 09-75324 |
| JOHNSON, JANELL D § § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/09/2014 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                By: /s/ Daniel M. Donahue_____
                                                    Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
JOHNSON, JOHN D                     §    Case No. 09-75324
JOHNSON, JANELL D                   §
                                    §
       Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 256,700.53 |
| and approved disbursements of | $ | 222,298.58 |
| leaving a balance on hand of[1] | $ | 34,401.95 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 6,585.03 | $ 0.00 | $ 6,585.03 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 16,192.00 | $ 14,009.50 | $ 2,182.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 748.73 | $ 566.16 | $ 182.57 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,950.10 |
| Remaining Balance | $ 25,451.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 200,991.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,057.62 | $ 0.00 | $ 1,273.61 |
| 000002 | Discover Bank | $ 7,704.39 | $ 0.00 | $ 975.62 |
| 000003 | FIA CARD SERVICES, N.A. | $ 24,711.05 | $ 0.00 | $ 3,129.20 |
| 000004 | FIA CARD SERVICES, N.A. | $ 22,775.38 | $ 0.00 | $ 2,884.08 |
| 000005 | Advanta Bank Corp. in receivership of | $ 17,986.57 | $ 0.00 | $ 2,277.67 |
| 000006 | Advanta Bank Corp. in receivership of | $ 10,118.81 | $ 0.00 | $ 1,281.36 |
| 000007 | Chase Bank USA NA | $ 15,767.67 | $ 0.00 | $ 1,996.68 |
| 000008 | Chase Bank USA NA | $ 10,597.02 | $ 0.00 | $ 1,341.92 |
| 000009 | Chase Bank USA NA | $ 8,891.24 | $ 0.00 | $ 1,125.91 |
| 000010 | Chase Bank USA NA | $ 8,807.78 | $ 0.00 | $ 1,115.34 |
| 000011 | Chase Bank USA NA | $ 14,723.76 | $ 0.00 | $ 1,864.49 |
| 000012 | Chase Bank USA NA | $ 3,982.51 | $ 0.00 | $ 504.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American Express Bank, FSB | $ 38,497.44 | $ 0.00 | $ 4,874.99 |
| 000014 | American Express Bank, FSB | $ 5,863.18 | $ 0.00 | $ 742.46 |
| 000015 | American Express Centurion Bank | $ 507.05 | $ 0.00 | $ 64.21 |

Total to be paid to timely general unsecured creditors    $    25,451.85

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| JOHNSON, JOHN D | ) | CASE NO. 09-75324-MLB |
| JOHNSON, JANELL D | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE MANUEL BARBOSA

NOW COMES DANIEL M. DONAHUE, Trustee herein, pursuant to 11 U.S.C. §330, and requests $6,585.03 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $66,700.53. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $835.03 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $6,585.03 | |

EXHIBIT E

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 26th day of February, 2014

/s/ Daniel M. Donahue
DANIEL M. DONAHUE, Trustee
McGREEVY WILLIAMS
P.O. BOX 2903
ROCKFORD, IL 61132-2903
(815) 639-3700
(815) 639-9400

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                              )
                                                    )
JOHNSON, JOHN D                                     )   CASE NO. 09-75324-MLB
JOHNSON, JANELL D                                   )
       Debtor(s)                                    )

## APPLICATION OF TRUSTEE'S COUNSEL
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:    THE HONORABLE BANKRUPTCY JUDGE

Daniel M. Donahue, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. This Court on December 28, 2009 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $14,575.66 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $2,182.50 in compensation for 7.5 hours of services performed for the period 11/2013 to the current date, and reimbursement of actual expenses in the amount of $182.57.

3. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4. The time expended and services rendered by Applicant is summarized as follows:

| Attorney          | Hours | Hourly Rate | Total       |
|-------------------|-------|-------------|-------------|
| Daniel M. Donahue | 4.5   | $285.00     | $1,282.50   |
| Daniel M. Donahue | 3.0   | $300.00     | $900.00     |
|                   |       |             | $2,182.50   |

5. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

6. Based upon the nature, extent and value of the services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect

EXHIBIT F

to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,182.50 and reimbursement of actual and necessary expenses of $182.57 for legal services rendered in this case.

Respectfully Submitted,

Dated: 2/26/14

/s/ Daniel M. Donahue
DANIEL M. DONAHUE, Trustee
McGREEVY WILLIAMS
P.O. BOX 2903
ROCKFORD, IL 61132-2903
(815) 639-3700

EXHIBIT A
FEES
JOHN & JANELL JOHNSON
09-75324

| Date | Hours | Description |
|---|---|---|
| 11/11/2013 | 0.40 | Work on fee request |
| 11/11/2013 | 0.20 | Email to accountant regarding discovery |
| 11/12/2013 | 1.20 | Work on fee request |
| 11/12/2013 | 0.30 | Emails to and from accountant regarding basis discovery |
| 11/14/2013 | 0.40 | Revisions to fee request |
| 12/9/2013 | 1.00 | Attend hearing on fees |
| 12/16/2013 | 0.50 | Email to accountant regarding discovery and consider 2004 examination motion |
| 12/30/2013 | 0.20 | Telephone conference with accountant regarding basis information |
| 12/31/2013 | 0.30 | Review response on basis information |

TOTAL - 4.5 hrs. @ $285./hr. = $1,282.50

| Date | Hours | Description |
|---|---|---|
| 1/27/2014 | 0.50 | Review returns |
| 1/28/2014 | 0.80 | Prepare Motion to Pay Accountant and Order |
| 2/19/2014 | 0.80 | Attend hearing on payment of accountant |
| 2/25/2014 | 0.90 | Work on fee request |

TOTAL - 3.0 hrs. @ $300./hr. = $900.00

## EXPENSES

| Date | Amount | Description |
|---|---|---|
| 11/15/2013 | 45.00 | Photocopies |
| 11/15/2013 | 19.80 | Postage for service of Trustee's 1st Application for Interim Compensat |
| 12/9/2013 | 0.30 | Photocopies |
| 1/28/2014 | 0.45 | Photocopies |
| 1/28/2014 | 90.79 | Postage for multiple certifed mail sent to the IRS & IL Dept of Revenue |
| 1/29/2014 | 24.00 | Photocopies |
| 1/29/2014 | 2.23 | Photocopies for service of Motion to Pay Accountant |
| TOTAL | 182.57 | |