## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| JOHNSON, JOHN D § | Case No. 09-75324 |
| JOHNSON, JANELL D § | |
| § | |
| Debtor(s) § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/09/2014 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue
                                         Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*


UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| JOHNSON, JOHN D | § | Case No. 09-75324 |
| JOHNSON, JANELL D | § § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 256,700.53 |
| and approved disbursements of | $ | 222,298.58 |
| leaving a balance on hand of[1] | $ | 34,401.95 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 6,585.03 | $ 0.00 | $ 6,585.03 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 16,192.00 | $ 14,009.50 | $ 2,182.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 748.73 | $ 566.16 | $ 182.57 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,950.10 |
| Remaining Balance | | $ | 25,451.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 200,991.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,057.62 | $ 0.00 | $ 1,273.61 |
| 000002 | Discover Bank | $ 7,704.39 | $ 0.00 | $ 975.62 |
| 000003 | FIA CARD SERVICES, N.A. | $ 24,711.05 | $ 0.00 | $ 3,129.20 |
| 000004 | FIA CARD SERVICES, N.A. | $ 22,775.38 | $ 0.00 | $ 2,884.08 |
| 000005 | Advanta Bank Corp. in receivership of | $ 17,986.57 | $ 0.00 | $ 2,277.67 |
| 000006 | Advanta Bank Corp. in receivership of | $ 10,118.81 | $ 0.00 | $ 1,281.36 |
| 000007 | Chase Bank USA NA | $ 15,767.67 | $ 0.00 | $ 1,996.68 |
| 000008 | Chase Bank USA NA | $ 10,597.02 | $ 0.00 | $ 1,341.92 |
| 000009 | Chase Bank USA NA | $ 8,891.24 | $ 0.00 | $ 1,125.91 |
| 000010 | Chase Bank USA NA | $ 8,807.78 | $ 0.00 | $ 1,115.34 |
| 000011 | Chase Bank USA NA | $ 14,723.76 | $ 0.00 | $ 1,864.49 |
| 000012 | Chase Bank USA NA | $ 3,982.51 | $ 0.00 | $ 504.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American Express Bank, FSB | $ 38,497.44 | $ 0.00 | $ 4,874.99 |
| 000014 | American Express Bank, FSB | $ 5,863.18 | $ 0.00 | $ 742.46 |
| 000015 | American Express Centurion Bank | $ 507.05 | $ 0.00 | $ 64.21 |
| | Total to be paid to timely general unsecured creditors | | $ | 25,451.85 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                             Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| JOHNSON, JOHN D | ) | CASE NO. 09-75324-MLB |
| JOHNSON, JANELL D | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE MANUEL BARBOSA

NOW COMES DANIEL M. DONAHUE, Trustee herein, pursuant to 11 U.S.C. §330, and requests $6,585.03 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $66,700.53. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $835.03 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $6,585.03 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 26th day of February, 2014

/s/ Daniel M. Donahue
DANIEL M. DONAHUE, Trustee
McGREEVY WILLIAMS
P.O. BOX 2903
ROCKFORD, IL  61132-2903
(815) 639-3700
(815) 639-9400

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHNSON, JOHN D ) | CASE NO. 09-75324-MLB |
| JOHNSON, JANELL D ) | |
| Debtor(s) ) | |

## APPLICATION OF TRUSTEE'S COUNSEL
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO: THE HONORABLE BANKRUPTCY JUDGE

Daniel M. Donahue, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. This Court on December 28, 2009 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $14,575.66 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $2,182.50 in compensation for 7.5 hours of services performed for the period 11/2013 to the current date, and reimbursement of actual expenses in the amount of $182.57.

3. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Daniel M. Donahue | 4.5 | $285.00 | $1,282.50 |
| Daniel M. Donahue | 3.0 | $300.00 | $900.00 |
| | | | $2,182.50 |

5. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

6. Based upon the nature, extent and value of the services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect

EXHIBIT F

to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,182.50 and reimbursement of actual and necessary expenses of $182.57 for legal services rendered in this case.

                                                Respectfully Submitted,

Dated: 2/26/14

                                                /s/ Daniel M. Donahue
                                                DANIEL M. DONAHUE, Trustee
                                                McGREEVY WILLIAMS
                                                P.O. BOX 2903
                                                ROCKFORD, IL  61132-2903
                                                (815) 639-3700

EXHIBIT A
FEES
JOHN & JANELL JOHNSON
09-75324

| Date | Hours | Description |
|---|---|---|
| 11/11/2013 | 0.40 | Work on fee request |
| 11/11/2013 | 0.20 | Email to accountant regarding discovery |
| 11/12/2013 | 1.20 | Work on fee request |
| 11/12/2013 | 0.30 | Emails to and from accountant regarding basis discovery |
| 11/14/2013 | 0.40 | Revisions to fee request |
| 12/9/2013 | 1.00 | Attend hearing on fees |
| 12/16/2013 | 0.50 | Email to accountant regarding discovery and consider 2004 examination motion |
| 12/30/2013 | 0.20 | Telephone conference with accountant regarding basis information |
| 12/31/2013 | 0.30 | Review response on basis information |

TOTAL - 4.5 hrs. @ $285./hr. = $1,282.50

| Date | Hours | Description |
|---|---|---|
| 1/27/2014 | 0.50 | Review returns |
| 1/28/2014 | 0.80 | Prepare Motion to Pay Accountant and Order |
| 2/19/2014 | 0.80 | Attend hearing on payment of accountant |
| 2/25/2014 | 0.90 | Work on fee request |

TOTAL - 3.0 hrs. @ $300./hr. = $900.00

EXPENSES

| Date | Amount | Description |
|---|---|---|
| 11/15/2013 | 45.00 | Photocopies |
| 11/15/2013 | 19.80 | Postage for service of Trustee's 1st Application for Interim Compensat |
| 12/9/2013 | 0.30 | Photocopies |
| 1/28/2014 | 0.45 | Photocopies |
| 1/28/2014 | 90.79 | Postage for multiple certifed mail sent to the IRS & IL Dept of Revenue |
| 1/29/2014 | 24.00 | Photocopies |
| 1/29/2014 | 2.23 | Photocopies for service of Motion to Pay Accountant |
| TOTAL | 182.57 | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-75324-TML
John D Johnson                                                        Chapter 7
Janell D Johnson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 2           Date Rcvd: Mar 14, 2014
                              Form ID: pdf006            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2014.
```
db/jdb       #+John D Johnson,    Janell D Johnson,    2028 N Myrtle St,    Davenport, IA 52804-2045
17907981      Advanta Bank Corp. in receivership of,    FDIC,    c o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
14787994     +American Express,    c/o Becket and Lee,    PO Box 3001,    Malvern, PA 19355-0701
14787998      American Express,    PO Box 981535,    El Paso, TX 79998-1535
14787995      American Express,    Box 0001,    Los Angeles, CA 90096-0001
17946049      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18022494      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17889780    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,      PO Box 15102,    Wilmington, DE 19886-5102)
14787999      Bank of America,    4060 Ogletown / Stanton Rd,    Newark, DE 19713
14788001      Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
14788002     #+Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
14788005    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,      Attn: C/O TSYS Debt Management,    PO Box 5155,
               Norcross, GA 30091)
14788020    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi Cards,      PO Box 688901,    Des Moines, IA 50368-8901)
14788007      Capital One Bank (USA), N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
14788010     +Chase,   201 N. Walnut Street,    De1-1027,    Wilmington, DE 19801-2920
14788009     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
17939244      Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
14788015      Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
14788019     +Chrysler Financial Services Americas LLC,     c/o Riezman Berger PC,    7700 Bonhomme 7th Floor,
               St Louis,MO 63105-1960
14788022     +Citi Simplicity Card,    PO Box 6241,    Sioux Falls, SD 57117-6241
14788028    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     38 Fountain Square,    Cincinnati, OH 45263)
14788031     +Fifth Third Bank Customer Service,    MD 1MOC2G-4050,    38 Fountain Square Plaza,
               Cincinnati, OH 45263-0001
14788032      Fifth Third Bank MasterCard,    PO Box 740789,    Cincinnati, OH 45274-0789
14788035      Harris, N.A.,    PO Box 6201,    Carol Stream, IL 60197-6201
14788036     +Harris, N.A.,    PO Box 2880,    Chicago, IL 60690-2880
14788038     +Home Depot Credit Services,    PO Box 689147,    Des Moines, IA 50368
14788041     +RVG Commercial Realty,    Attn: Cindy Scholly,    40W 117 Campton Crossing,
               Saint Charles, IL 60175-6570
14788040      ReMax,   Attn: Dan Hartwig,    4005 N. Kane Avenue, Unit H,    McHenry, IL 60050
14788043     +Sears / CBSD,    701 East 60th St N,    Sioux Falls, SD 57104-0432
14788045      Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
14788047     +Take Charge America, Inc.,    20620 N. 19th Avenue,    Phoenix, AZ 85027-3541
14788048     +Take Charge America, Inc.,    20620 North 19th Avenue,    Phoenix, AZ 85027-3541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14787990      E-mail/Text: bkr@cardworks.com Mar 15 2014 00:41:22     Advanta Bank Corp,    PO Box 844,
               Spring House, PA 19477
14787992      E-mail/Text: bkr@cardworks.com Mar 15 2014 00:41:22     Advanta Bank Corp.,    PO Box 8088,
               Philadelphia, PA 19101-8088
14788026      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 15 2014 00:47:25
               Discover Financial Services LLC,    PO Box 15316,    Wilmington, DE 19850
17876501      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 15 2014 00:47:25      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
14788024      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 15 2014 00:47:25      Discover Card,    PO Box 6103,
               Carol Stream, IL 60197-6103
14788039     +E-mail/Text: bankruptcy@ingdirect.com Mar 15 2014 00:43:27     Ing Direct,
               1 South Orange Street,    Wilmington, DE 19801-5045
14788042      E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2014 00:46:55     Sam’s Club,    PO Box 530981,
               Atlanta, GA 30353-0981
                                                                                              TOTAL: 7
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14787991*   ++ADVANTA,   700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,     PO Box 844,    Spring House, PA 19477)
14787993*   ++ADVANTA,   700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,     PO Box 8088,    Philadelphia, PA 19101-8088)
17907982*     Advanta Bank Corp. in receivership of,    FDIC,    c o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
14787996*     American Express,    Box 0001,    Los Angeles, CA 90096-0001
14787997*     American Express,    Box 0001,    Los Angeles, CA 90096-0001
17946050*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14788004*    +Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
14788003*     Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
14788000*     Bank of America,    4060 Ogletown / Stanton Rd,    Newark, DE 19713
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Mar 14, 2014
                              Form ID: pdf006            Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****
14788006*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank,   Attn: C/O TSYS Debt Management,   PO Box 5155,
                Norcross, GA 30091)
14788021*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citi Cards,   PO Box 688901,   Des Moines, IA 50368-8901)
14788008*     Capital One Bank (USA), N.A.,   PO Box 6492,   Carol Stream, IL 60197-6492
14788011*    +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
14788014*    +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
14788012*    +Chase,   201 N. Walnut Street,   De1-1027,   Wilmington, DE 19801-2920
14788013*    +Chase,   201 N. Walnut Street,   De1-1027,   Wilmington, DE 19801-2920
14788016*     Chase Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
14788017*     Chase Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
14788018*     Chase Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
14788023*    +Citi Simplicity Card,   PO Box 6241,   Sioux Falls, SD 57117-6241
14788027*    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court:  Discover Financial Services LLC,   PO Box 15316,
                Wilmington, DE 19850)
14788025*     Discover Card,   PO Box 6103,   Carol Stream, IL 60197-6103
14788029*    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,   38 Fountain Square,   Cincinnati, OH 45263)
14788030*    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,   38 Fountain Square,   Cincinnati, OH 45263)
14788033*     Fifth Third Bank MasterCard,   PO Box 740789,   Cincinnati, OH 45274-0789
14788034*     Fifth Third Bank MasterCard,   PO Box 740789,   Cincinnati, OH 45274-0789
14788044*    +Sears / CBSD,   701 East 60th St N,   Sioux Falls, SD 57104-0432
14788046*     Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
14788037      ##Home Depot Credit Services,   PO Box 6925,   The Lakes, NV 88901-6925
                                                                                              TOTALS: 0, * 28, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2014 at the address(es) listed below:
              Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    on behalf of Accountant Scott A Dobbs ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue   on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              David L. Stretch   on behalf of Debtor John D Johnson stretchlaw@gmail.com
              David L. Stretch   on behalf of Joint Debtor Janell D Johnson stretchlaw@gmail.com
              Kathryn A Klein    on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
               Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Michael T. Benz    on behalf of Creditor   Harris N.A. benz@chapman.com, eickmann@chapman.com
              Monette W Cope     on behalf of Creditor   ING Bank, FSB ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 10
```