# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHNSON, JOHN D | § | Case No. 09-75324 |
| JOHNSON, JANELL D | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4)  This case was originally filed under chapter   on          . The case was pending for    months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____   By:/s/DANIEL M. DONAHUE_____
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Credit PO Box 8065 Royal Oak, MI 48068 |  |  |  |  |  |
|  | Harris, N.A. PO Box 6201 Carol Stream, IL 60197-6201 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ing Direct 1 South Orange Street Wilmington, DE 19801 | | | | | |
| | HARRIS BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| DOUG MCCORISON | | | | | |
| ALTHOFF INDUSTRIES | | | | | |
| BAIRD & WARNER | | | | | |
| CHICAGO TITLE INSURANE COMPANY | | | | | |
| CONSOLIDATED TITLE | | | | | |
| JK RECOVERY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAKE COUNTY RECORDER | | | | | |
| LLAKE CONSTRUCTION | | | | | |
| LUCO CONSTRUCTION CO. | | | | | |
| ODYSSEY DEVELOPMENT | | | | | |
| Seller's Closing Costs | | | | | |
| YANCY STARK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| 2011 REAL ESTATE TAX PRORATION | | | | | |
| 2013 Prorated real estate taxes | | | | | |
| LAKE COUNTY TREASURER | | | | | |
| MCHENRY COUNTY CLERK | | | | | |
| MCHENRY COUNTY CLERK | | | | | |
| STATE OF MN | | | | | |
| LAKE CONSTRUCTION | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| WIPFLI, LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BAIRD & WARNER/PRUDENTIAL FIRST | | | | | |
| ODYSSEY DEVELOPMENT & | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee PO Box 3001 Malvern, PA 19355 | | | | | |
| | Capital One Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | | | | |
| | Capital One Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | | | | |
| | Chase 201 N. Walnut Street De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Simplicity Card PO Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Simplicity Card PO Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Fifth Third Bank 38 Fountain Square Cincinnati, OH 45263 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 38 Fountain Square Cincinnati, OH 45263 | | | | | |
| | Fifth Third Bank 38 Fountain Square Cincinnati, OH 45263 | | | | | |
| | Home Depot Credit Services PO Box 6925 The Lakes, NV 88901-6925 | | | | | |
| | Sam's Club PO Box 530981 Atlanta, GA 30353-0981 | | | | | |
| | Sears / CBSD 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Sears / CBSD 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Take Charge America, Inc. 20620 N. 19th Avenue Phoenix, AZ 85027-3585 | | | | | |
| 000005 | ADVANTA BANK CORP. IN RECEIVERSHIP | | | | | |
| 000006 | ADVANTA BANK CORP. IN RECEIVERSHIP | | | | | |
| 000013 | AMERICAN EXPRESS BANK, FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000015 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | CHASE BANK USA NA | | | | | |
| 000008 | CHASE BANK USA NA | | | | | |
| 000009 | CHASE BANK USA NA | | | | | |
| 000010 | CHASE BANK USA NA | | | | | |
| 000011 | CHASE BANK USA NA | | | | | |
| 000012 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-75324   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | Date Filed (f) or Converted (c): | 11/30/09 (f) |
| | JOHNSON, JANELL D | 341(a) Meeting Date: | 01/07/10 |
| For Period Ending: | 02/28/15 | Claims Bar Date: | 12/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9515 Turnberry Trail, Lakewood, IL 60014 | 460,000.00 | 0.00 | | 0.00 | FA |
| 2. Warehouse, 32 Railroad Street, Crystal Lake, IL 60 | 300,000.00 | 200,000.00 | | 200,000.00 | FA |
| 3. Cabin near Lake Superior, 2 Harbors, Minnesota | 75,000.00 | 56,700.00 | | 56,700.00 | FA |
| 4. Location: 9515 Turnberry Trail, Lakewood IL | 100.00 | 0.00 | | 0.00 | FA |
| 5. Wachovia Checking Account #: xxxxxxxxx4313 | 500.00 | 0.00 | | 0.00 | FA |
| 6. Location: 9515 Turnberry Trail, Lakewood IL | 900.00 | 0.00 | | 0.00 | FA |
| 7. Location: 9515 Turnberry Trail, Lakewood IL | 900.00 | 0.00 | | 0.00 | FA |
| 8. Wedding rings, Location: 9515 Turnberry Trail, Lak | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Johnson Logistics, Inc. 149 N. Virginia Street, Un | 0.00 | 0.00 | | 0.00 | FA |
| 10. Petals & Co., 100% ownership Location: 9515 Turnbe | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Dodge Durango, 147,000 miles, fair condition | 5,985.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Dodge Caravan Location: 9515 Turnberry Trail, | 2,125.00 | 0.00 | | 0.00 | FA |
| 13. 2006 Subaru WRX - Salvage title history, cannot re | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. 1930 Model A Ford, stored in North Dakota. | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.53 | | 0.53 | FA |
| TOTALS (Excluding Unknown Values) | $854,010.00 | $256,700.53 | | $256,700.53 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's final report has been filed.

Initial Projected Date of Final Report (TFR): 12/01/13    Current Projected Date of Final Report (TFR): 03/01/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.05d

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-75324 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | | Bank Name: | Bank of America, NA |
| | JOHNSON, JANELL D | | Account Number / CD #: | *******3794 MONEY MARKET |
| Taxpayer ID No: | *******0357 | | | |
| For Period Ending: | 02/28/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/11 | 2 | CHICAGO TITLE AND TRUST COMPANY | SALE PROCEEDS: REAL PROP | | 10,000.00 | | 10,000.00 |
| | | B & P RAILROAD | Memo Amount: 200,000.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | BAIRD & WARNER/PRUDENTIAL FIRST | Memo Amount: ( 10,000.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| | | MCHENRY COUNTY CLERK | Memo Amount: ( 7,014.53 ) | 2820-000 | | | |
| | | | 2008 & 2009 REAL ESTATE TAXES | | | | |
| | | MCHENRY COUNTY CLERK | Memo Amount: ( 4,099.42 ) | 2820-000 | | | |
| | | | 2010 REAL ESTATE TAXES | | | | |
| | | LUCO CONSTRUCTION CO. | Memo Amount: ( 300.00 ) | 2500-000 | | | |
| | | | SURVEY COSTS | | | | |
| | | ALTHOFF INDUSTRIES | Memo Amount: ( 1,221.35 ) | 2500-000 | | | |
| | | | PLUMBING | | | | |
| | | BAIRD & WARNER | Memo Amount: ( 190.00 ) | 2500-000 | | | |
| | | | REIMBURSEMENT FOR PAYMENT | | | | |
| | | CHICAGO TITLE INSURANE COMPANY | Memo Amount: ( 2,947.00 ) | 2500-000 | | | |
| | | | MISCELLANEOUS EXPENSES | | | | |
| | | 2011 REAL ESTATE TAX PRORATION | Memo Amount: ( 2,106.00 ) | 2820-000 | | | |
| | | | REAL ESTATE TAXES | | | | |
| | | HARRIS BANK | Memo Amount: ( 162,121.70 ) | 4110-000 | | | |
| | | | MORTGAGE PAYOFF | | | | |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 10,000.07 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,000.16 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.24 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.32 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,987.58 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,987.66 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,975.35 |

Page Subtotals 10,000.40 25.05

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-75324 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | | Bank Name: | Bank of America, NA |
| | JOHNSON, JANELL D | | Account Number / CD #: | *******3794  MONEY MARKET |
| Taxpayer ID No: | *******0357 | | | |
| For Period Ending: | 02/28/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/11 | 001000 | Doug McCorison<br>Lake Construction<br>c/o Odyssey Real Esttae<br>605 7th Ave.<br>Two Harbors, MN  55616 | WINTERIZING -<br>1809 Highway 61, Two Harbors, MN | 2420-000 | | 350.00 | 9,625.35 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,625.43 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.94 | 9,613.49 |
| 01/19/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 9,613.54 |
| 01/19/12 | | Transfer to Acct #*******3697 | Bank Funds Transfer | 9999-000 | | 9,613.54 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | 10,000.53 | 10,000.53 | 0.00 |
| Memo Allocation Disbursements: | 190,000.00 | Less:  Bank Transfers/CD's | 0.00 | 9,613.54 | |
| | | Subtotal | 10,000.53 | 386.99 | |
| Memo Allocation Net: | 10,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 10,000.53 | 386.99 | |

Page Subtotals           0.13       9,975.48

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-75324 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | | Bank Name: | CONGRESSIONAL BANK |
| | JOHNSON, JANELL D | | Account Number / CD #: | *******3697  GENERAL CHECKING |
| Taxpayer ID No: | *******0357 | | | |
| For Period Ending: | 02/28/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3794 | Bank Funds Transfer | 9999-000 | 9,613.54 | | 9,613.54 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND - BOND #016018067 | 2300-000 | | 7.75 | 9,605.79 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 07/25/12 | 000101 | LAKE CONSTRUCTION | LANDSCAPING SERVICES | 2990-000 | | 125.00 | 9,480.79 |
| | | 139 HOWARD GNESEN RD. | | | | | |
| | | DULUTH, MN 55811 | | | | | |
| 03/19/13 | 3 | CONSOLIDATED TITLE AND ABSTRACT CO. | SALE PROCEEDS: REAL PROP | | 43,018.83 | | 52,499.62 |
| | | 332 W. Superior St. | | | | | |
| | | 100 Providence Building | | | | | |
| | | Duluth, MN  55802 | | | | | |
| | | EVAN O. MICKELSON | Memo Amount:        56,700.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | | Memo Amount:    (     1,700.00 ) | 2500-000 | | | |
| | | | Seller's Closing Costs | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:    (     4,723.25 ) | 2820-000 | | | |
| | | | 2009-2012 Real Estate Taxes | | | | |
| | | | Memo Amount:    (       116.54 ) | 2820-000 | | | |
| | | | 2013 Prorated real estate taxes | | | | |
| | | CONSOLIDATED TITLE | Memo Amount:    (        15.00 ) | 2500-000 | | | |
| | | | Courier Fee | | | | |
| | | STATE OF MN | Memo Amount:    (       187.11 ) | 2820-000 | | | |
| | | | Revenue Stamps - State tax | | | | |
| | | LAKE COUNTY RECORDER | Memo Amount:    (        46.00 ) | 2500-000 | | | |
| | | | Recording Fee - BK Order | | | | |
| | | YANCY STARK | Memo Amount:    (       300.00 ) | 2500-000 | | | |
| | | | Dewintering | | | | |
| | | ODYSSEY DEVELOPMENT | Memo Amount:    (       343.27 ) | 2500-000 | | | |

Page Subtotals      52,632.37      132.75

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-75324 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | Bank Name: | CONGRESSIONAL BANK |
|  | JOHNSON, JANELL D | Account Number / CD #: | *******3697  GENERAL CHECKING |
| Taxpayer ID No: | *******0357 | | |
| For Period Ending: | 02/28/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LLAKE CONSTRUCTION | Fuel refilling & snow plowing | | | | |
| | | | Memo Amount:   (    2,650.00 ) | 2500-000 | | | |
| | | JK RECOVERY | Plumbing | | | | |
| | | | Memo Amount:   (      300.00 ) | 2500-000 | | | |
| | | ODYSSEY DEVELOPMENT & | Misc. services - cleaning, etc. | | | | |
| | | | Memo Amount:   (    3,300.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| 04/08/13 | | CONGRESSIONAL BANK | BANKSERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 52,489.62 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 27.74 | 52,461.88 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 53.92 | 52,407.96 |
| 06/04/13 | 000102 | INTERNATIONAL SURETIES, LTD. | Blanket Bond | 2300-000 | | 43.28 | 52,364.68 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 55.65 | 52,309.03 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 53.76 | 52,255.27 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 55.48 | 52,199.79 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (August, 2013) | 2600-000 | | 55.42 | 52,144.37 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 53.59 | 52,090.78 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 55.31 | 52,035.47 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 53.47 | 51,982.00 |
| 12/09/13 | 000103 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - FIRST FEE APPL | 3110-000 | | 14,009.50 | 37,972.50 |
| 12/09/13 | 000104 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES - 1ST FEE APPL | 3120-000 | | 566.16 | 37,406.34 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK RECEIPTS FEE - December, 2013 | 2600-000 | | 44.71 | 37,361.63 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 39.68 | 37,321.95 |
| 02/19/14 | 000105 | WIPFLI, LLP | ACCOUNTING FEES | 3410-000 | | 2,920.00 | 34,401.95 |
| | | POB 3160 | Invoice 779888 | | | | |
| | | MILWAUKEE, WI 53201-3160 | | | | | |
| 04/14/14 | 000106 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 6,585.03 | 27,816.92 |

Page Subtotals          0.00      24,682.70

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-75324 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | | Bank Name: | CONGRESSIONAL BANK |
| | JOHNSON, JANELL D | | Account Number / CD #: | *******3697  GENERAL CHECKING |
| Taxpayer ID No: | *******0357 | | | |
| For Period Ending: | 02/28/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/14 | 000107 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,182.50 | 25,634.42 |
| 04/14/14 | 000108 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 182.57 | 25,451.85 |
| 04/14/14 | 000109 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 12.7% | 7100-000 | | 1,273.61 | 24,178.24 |
| 04/14/14 | 000110 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 12.7% | 7100-000 | | 975.62 | 23,202.62 |
| 04/14/14 | 000111 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 12.7% | 7100-000 | | 3,129.20 | 20,073.42 |
| 04/14/14 | 000112 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000004, Payment 12.7% | 7100-000 | | 2,884.08 | 17,189.34 |
| 04/14/14 | 000113 | Advanta Bank Corp. in receivership of FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 12.7% | 7100-000 | | 2,277.67 | 14,911.67 |
| 04/14/14 | 000114 | Advanta Bank Corp. in receivership of FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 12.7% | 7100-000 | | 1,281.36 | 13,630.31 |
| 04/14/14 | 000115 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 12.7% | 7100-000 | | 1,996.68 | 11,633.63 |
| 04/14/14 | 000116 | Chase Bank USA NA | Claim 000008, Payment 12.7% | 7100-000 | | 1,341.92 | 10,291.71 |

Page Subtotals        0.00        17,525.21

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-75324 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | Bank Name: | CONGRESSIONAL BANK |
| | JOHNSON, JANELL D | Account Number / CD #: | *******3697 GENERAL CHECKING |
| Taxpayer ID No: | *******0357 | | |
| For Period Ending: | 02/28/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/14 | 000117 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 12.7% | 7100-000 | | 1,125.91 | 9,165.80 |
| 04/14/14 | 000118 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 12.7% | 7100-000 | | 1,115.34 | 8,050.46 |
| 04/14/14 | 000119 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 12.7% | 7100-000 | | 1,864.49 | 6,185.97 |
| 04/14/14 | 000120 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000012, Payment 12.7% | 7100-000 | | 504.31 | 5,681.66 |
| 04/14/14 | 000121 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000013, Payment 12.7% | 7100-000 | | 4,874.99 | 806.67 |
| 04/14/14 | 000122 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000014, Payment 12.7% | 7100-000 | | 742.46 | 64.21 |
| 04/14/14 | 000123 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000015, Payment 12.7% | 7100-000 | | 64.21 | 0.00 |

Page Subtotals 0.00 10,291.71

Ver: 17.05d

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-75324 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | JOHNSON, JOHN D | Bank Name: | CONGRESSIONAL BANK |
|  | JOHNSON, JANELL D | Account Number / CD #: | *******3697  GENERAL CHECKING |
| Taxpayer ID No: | *******0357 |  |  |
| For Period Ending: | 02/28/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 56,700.00 | COLUMN TOTALS | 52,632.37 | 52,632.37 | 0.00 |
| Memo Allocation Disbursements: | 13,681.17 | Less: Bank Transfers/CD's | 9,613.54 | 0.00 |  |
|  |  | Subtotal | 43,018.83 | 52,632.37 |  |
| Memo Allocation Net: | 43,018.83 | Less: Payments to Debtors |  | 0.00 |  |
|  |  | Net | 43,018.83 | 52,632.37 |  |

|  |  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 256,700.00 | TOTAL - ALL ACCOUNTS |  |  |  |
| Total Allocation Disbursements: | 203,681.17 | MONEY MARKET - ********3794 | 10,000.53 | 386.99 | 0.00 |
|  |  | GENERAL CHECKING - ********3697 | 43,018.83 | 52,632.37 | 0.00 |
| Total Memo Allocation Net: | 53,018.83 |  | ------------------------ | ------------------------ | ------------------------ |
|  |  |  | 53,019.36 | 53,019.36 | 0.00 |
|  |  |  | ============= | ============= | ============= |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.05d

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 18)*